# Cr. 19-121
## Attendance Sheet

RECEIVED & FILED CLERK'S OFFICE SEP 16 2019 SAN JUAN

| Defendant | Counsel | Signature |
|---|---|---|
| [1] EMMANUEL PACHECO-MARIN; | Francisco Rebollo/ Luis Rivera | *signed* |
| [4] JESUS J. RIVERA-FIGUEROA; | Giovanni Canino | *signed* F. Adams |
| [9] SEGISMAR RODRIGUEZ-RIVERA; | Raul Mariani | *signed* |
| [10] LUIS SERRANO-NIEVES; | Jose Aguayo | *signed* |
| [12] FABIAN VILORA-SEPULVEDA; | Jose Novas | *signed* |
| [13] ANTHONY VAZQUEZ-ARROYO; | Diego Alcala | *signed* |
| [14] LUIS R. ESPINAL-RIVERA; | Francisco Adams | *signed* |
| [15] IGNACIO GUAL-CALDERON; | Peter Diaz | *signed* |
| [16] JONATHAN RIVERA-CARRASQUILLO; | Rachel Brill | *signed* |
| [20] JASON ARROYO-PEREZ; | Miguel Rodriguez | *signed* |
| [22] NEFTY L. OQUENDO-ROSARIO; | Ignacio Fernandez | |
| [23] PEDRO COLLAZO-PRIETO; | Richard Dansoh | |
| [24] JOSE O. BAEZ-ROSA; | Juan Alvarez | Jorge Rivera for JA |
| [25] EDGAR NIEVES-TORRES; | Melanie Carrillo | Melanie Carrillo |
| [26] JONATHAN ARCE-CARRILLO; | Rafael Castro | *signed* |
| [28] DIONICIO DE LA ROSA-RICHIEZ; | Lydia Lizarribar | *signed* |
| [29] ANTHONY GONZALEZ-MIRANDA; | Robert Millan | *signed* |
| [30] CARLOS R. NIEVES; | L. Guzman/R. Cerezo | *signed* for Guzman |
| [31] JOHN BLAYMEYER-QUINONES; | Leonardo Aldridge | *signed* for L.A |
| [35] CHRISTIAN SIERRA-PEREZ; | Johnny Rivera | *signed* |
| [36] VICTOR RIVERA-GALINDEZ; | Eduardo Ferrer | *signed* |
| [39] EDIBERTO GARCIA-LOPEZ; | Irma Valldejuli | Irma Valldejuli |
| [41] LUIS A. PIRIS-TORRES; | Hector Dauhajre | *signed* |
| [42] LUIS GARCIA-MORLAS; | Laura Maldonado | Saul Roman for |
| [43] MARIO DE JESUS-OCASIO; | Mario Carrillo | Substituted by Peter Diaz |
| [44] PEDRO J. CINTRON-ALVAREZ; | Jorge Rivera-Ortiz | Jorge Rivera |
| [45] JOSE A. COLON-OTERO; | Miriam Ramos | *signed* |
| [47] FERNANDO HILARIO-FIGUEROA; | Saul Roman | *signed* |

| # | Name | Representative | Signature |
|---|------|----------------|-----------|
| [48] | RAFAEL MALDONADO-SEGARRA; | Luis Guzman | |
| [51] | GILBERTO GUISE-CALDERON; | Marie Cortes | |
| [52] | CHRISTIAN LOPEZ-DIAZ | Jose Perez | |
| [53] | EDWIN ROSA-COLON; | Mariangela Tirado | substitution |
| [55] | CARLOS M. PANTOJAS-RUANO; | Javier Morales | |
| [56] | LESLIE DOMINGUEZ-MIRANDA; | Wilfredo Rios | Luis Guzman |
| [57] | CHRISTIAN J. HUERTAS-MENDEZ; | Jorge Gerena | |
| [58] | CHRISTOPHER J. ESPINAL-RIVERA; | Raymond Rivera | |
| [59] | DENNIS J. HERNANDEZ-RIVERA; | Ramon Garay | |
| [60] | JOEL C. NIEVES-TORRES; | Jason Gonzalez | |
| [61] | JONATHAN MELENDEZ-OTERO; | Rafael Anglada | RAC |
| [63] | JORGE D. ALICEA-CINTRON; | Julio Alejandro | |
| [64] | JOSE SANTIAGO-MONTANEZ; | Carlos Sanchez | |
| [65] | JOSE J. PIRIS-HERNANDEZ; | Thomas Lincoln | |
| [66] | JUAN M. PEREZ-MENDEZ; | David Ramos | David |
| [68] | MICHAEL G. MARRERO-CASTRO; | Rosa Bonini | |
| [69] | NELSON A. LOPEZ-QUINONES; | Yassmin Gonzalez | |
| [70] | KELVINSON CASTILLO-CASTILLO; | Artemio Rivera | |
| [71] | PEDRO J. MASSAS-RIVERA; | Jose Arce | |
| [73] | NELSON CUEVAS-OCASIO; | Ian Garcia | |
| [74] | CARLOS RODRIGUEZ-MELENDEZ; | Ernesto Hernandez | |
| [75] | ISADORA NIEVES-CRUZ. | Allan Rivera | Subst. |