Time set: 9:00 AM
Start time: 9:10 AM
End time: 9:44 AM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTE OF PROCEEDINGS:

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Reina Alvarez Miranda         Date: February 28, 2022

COURT REPORTER: Evilys Carrion                  **Criminal Case: 19-121 (SCC)**

===============================================================================

**Attorneys**

| | |
|---|---|
| United States of America | AUSA Joseph L. Russell |
| v. | |
| (1) Emmanuel Pacheco-Marin | Francisco Rebollo-Casalduc |
| (2) Vladimir Natera-Abreu | Jennie M. Espada-Ocasio |
| (4) Jesus J. Rivera-Figueroa | Francisco J. Adams-Quesada (for Giovanni Jose Canino) |
| (5) Jose L. Garcia-Lopez | Linda George |
| (7) Elvin O. Cruz-Verges | Kehylis Y. Vazquez-Torres |
| (9) Segismar Rodriguez-Rivera | Miguel Oppenheimer (for Raul S. Mariani-Franco) |
| (10) Luis Serrano-Nieves | Juan P. Rivera-Roman |
| (11) Christian O. Dalmau-Garcia | Rafael F. Castro-Lang |
| (12) Fabian Viloria-Sepulveda | Miguel Oppenheimer (for Jose L. Novas-Debien) |
| (13) Anthony Vazquez-Arroyo | Diego H. Alcala-Laboy |
| (14) Luis R. Espinal-Rivera | Francisco J. Adams-Quesada |
| (15) Ignacio Gual-Calderon | Peter Diaz-Santiago |
| (16) Jonathan Rivera-Carrasquillo | Rachel Brill |
| (19) Joset J. Rivera-Verdejo | Jennie M. Espada-Ocasio (for Alejandro Sanfeliu-Vera) |
| (20) Jason Arroyo-Perez | Miguel A. Rodriguez-Robles (not present) |
| (22) Nefty L. Oquendo-Rosario | Jason Gonzalez (for Ignacio Fernandez-De-Lahongrais) |
| (26) Jonathan O. Arce-Carrillo | Rafael F. Castro-Lang |
| (27) Gustavo J. Germes-Estrella | Victor A. Ramos-Rodriguez |
| (28) Dionicio Odali De La Rosa-Richiez | Lydia Lizarribar-Masini |
| (29) Anthony Gonzalez-Miranda | Robert Millan |
| (30) Carlos R. Nieves | Ruben Cerezo-Hernanzdez (not present) |
| (33) Adams E. Aquino-Rosario | Marta T. Rey-Cacho |
| (34) Alexis Fermaint-Caraballo | Johnny Rivera-Gonzalez (for Jose B. Velez-Goveo) |

Time set: 9:00 AM  
Start time: 9:10 AM  
End time: 9:44 AM

| | |
|---|---|
| (35) Christian J. Sierra-Perez | Johnny Rivera-Gonzalez |
| (36) Victor Rivera-Galindez | Eduardo Ferrer-Rios |
| (38) Edgardo A. Benitez-Guivas | Thomas Trebilcock-Horan |
| (40) Geovanny Morales-Rodriguez | Luis A. Rodriguez-Munoz |
| (43) Mario O. De Jesus-Ocasio | Mario A. Carrillo-Cotto |
| (53) Edwin Rosa-Colon | Mariangela Tirado-Vales |
| (54) Luis O. Caban-Rodriguez | Miguel Oppenheimer |
| (56) Leslie R. Dominguez-Miranda | Juan F. Matos-De-Juan |
| (60) Joel C. Nieves-Torres | Jason Gonzalez-Delgado |
| (64) Jose M. Santiago-Montanez | Carlos M. Sanchez-La-Costa |
| (65) Jose J. Piris-Hernandez | Thomas R. Lincoln-San-Juan |
| (67) Luis A. Rosa-Diaz | Anita Hill-Adames |
| (68) Michael G. Marrero-Castro | Rosa Ivette Bonini-Laracuente |
| (71) Pedro J. Massas-Rivera | Jose Agustin Arce-Diaz |
| (72) Reynaldo M. Diaz-Verges | Joseph G. Feldstein-Del Valle |
| (74) Carlos Gabriel Rodriguez-Melendez | Ernesto Hernandez-Milan |

## CASE CALLED FOR A STATUS CONFERENCE

Defense counsel, listed above, were present by Video Tele-Conference (VTC). The parties had no objections as to conducting the hearing by VTC to protect everyone's health in view of the pandemic.

Status of the case was discussed. The government stated that all discovery has been provided and that three defendants remain fugitives.

Atty. Castro-Lang, Atty. Millan and Atty. Diaz Santiago informed that additional discovery will be requested to the government. The Court noted the statements the government shall produce the discovery requested within 20 days. Any pending discovery matter shall be informed to the government by e-mail.

Atty. Castro-Lang informed that he is representing Defendants #11 and #26 and

Time set: 9:00 AM  
Start time: 9:10 AM  
End time: 9:44 AM

that he will be filing a motion requesting a foster hearing to be held in person.

Atty. Espada-Ocasio informed that her client is still out of the jurisdiction and stated that she requested an evidence inspection to AUSA Lopez-Rocafort but it has not been scheduled. The Court noted the stament, within 20 days defense counsel shall send an e-mail to the prosecutor to follow up and set a date.

The parties were granted 45 days to file any dispositive motions and 60 days to engage in plea conversations. Dispositive motions due by 4/14/2022. Change of Plea motion due by 4/30/2022.

As to the first 8 defendants who will exercise their right to go to trial: Pretrial Conference is set for 6/23/2022 at 4:00 PM in Courtroom 6 before Judge Silvia L. Carreno-Coll.  Jury Trial is set for 7/26/2022 at 9:00 AM through 8/5/2022 at 9:00 AM in Courtroom 6 before Judge Silvia L. Carreno-Coll. Proposed voir dire, proposed jury instructions, motions in limine, Jencks and Giglio are due 7 days before the trial date.

STA tolled in the interest of justice. The Court finds that the defendants' need to review discovery and engage in plea negotiations outweighs the defendants' and the community's interest in a speedy trial.

In San Juan, Puerto Rico, this 28th day of February, 2022.

s/ Reina Alvarez Miranda  
COURTROOM DEPUTY