**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br><br>　　　　　v.<br><br>ANTHONY VÁZQUEZ ARROYO (13)<br>　　Defendant. | Criminal no. 19-121 (SCC) |

**Motion requesting extension of time to file change of plea motion**

To the Honorable Court:

Comes now the defendant, Mr. Vázquez Arroyo, and respectfully states and prays as follows:

1. The current case has a deadline for Change of Plea was May 31, 2022. (See Docket Entry 1717)

2. Mr. Vázquez Arroyo requests that the deadline is extended to June 14, 2022.

WHEREFORE, Mr. Vázquez Arroyo respectfully requests that this Court grants the requested extension of time.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of June 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com