# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>          v.<br>ANTHONY VÁZQUEZ ARROYO (13)<br>  Defendant. | Criminal no. 19-121 (SCC) |

**Motion requesting extension of time to file change of plea motion**

To the Honorable Court:

Comes now the defendant, Mr. Vázquez Arroyo, and respectfully states and prays as follows:

1. The current case has a deadline for Change of Plea was July 26, 2022. (*See* Docket Entry 1900)

2. The undersigned has attempted to visit Mr. Vázquez Arroyo multiple occasions at MDC-Guaynabo without success.

3. Yesterday, Mr. Vázquez Arroyo's mother contacted the undersigned to inform that Mr. Vázquez Arroyo has been and continues to feel unwell and has refused visits for reasons related to his health and well-being.

4. From prior conversations with Mr. Vázquez Arroyo, it is the undersigned's belief that Mr. Vázquez Arroyo wants to continue the plea negotiations with the Government, and requests that the deadline is extended to after August 1, 2022, the date the Court has set to determine if the first defendants accept the package plea or must prepare for trial.

WHEREFORE, Mr. Vázquez Arroyo respectfully requests that this Court grants the requested extension of time.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of July 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com