# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **CRIMINAL NO.19-121 (SCC)** |
| **Emmanuel Pacheco-Marin, et al.,** | |
| Defendants. | |

## INFORMATIVE MOTION REGARDING CASE STATUS

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America through the undersigned attorney and to this Honorable Court it is respectfully alleged and prayed as follows:

1. The government held evidence inspections in 2019.

2. Some attorneys for defendants have entered their appearances after those evidence inspections.

3. The government will hold an additional evidence inspection on 9 and 10 November 2022 from 9 a.m. to 5 p.m.

4. The evidence inspection will take place at the FBI Office on San Juan, PR.

5. Any defense attorney in the case is welcome to participate.

**WHEREFORE**, and in view of the foregoing the United States of America respectfully requests that the Honorable Court and the defense attorneys take notice of the evidence inspection occurring on 9 and 10 November from 9 a.m. to 5 p.m.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notificationof such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11 October 2022.

                    W. STEPHEN MULDROW UNITED STATES ATTORNEY

                    s/Joseph Russell
                    Joseph Russell
                    Assistant United States Attorney
                    Gang Section
                    Government Attorney # G03413
                    350 Chardon Avenue
                    Suite 1201
                    Hato Rey, Puerto Rico, 00918
                    Tel: 787-766-5656
                    Fax: 787-771-4050
                    Email: joseph.russell2@usdoj.gov