IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Emmanuel Pacheco-Marin, et al.,<br><br>    Defendants. | CRIMINAL NO.19-121 (SCC) |

### INFORMATIVE MOTION REGARDING CASE STATUS

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America through the undersigned attorney and to this Honorable Court it is respectfully alleged and prayed as follows:

1. The government held evidence inspections in 2019.

2. Some attorneys for defendants have entered their appearances after those evidence inspections.

3. The government was scheduled an additional evidence inspection on 9 and 10 November 2022 from 9:00 a.m. to 5:00 p.m.

4. Due to conflicts with other evidence-related issues at the FBI, the government gives notice that the evidence inspection is rescheduled for November 29 and 30, 2022 from 9:00 a.m. to 5:00 p.m.

5. The evidence inspection will take place at the FBI Office on San Juan, PR.

6. Any defense attorney in the case is welcome to participate.

**WHEREFORE**, and in view of the foregoing the United States of America respectfully requests that the Honorable Court and the defense attorneys take notice of the evidence inspection occurring on 29 and 30 November from 9:00 a.m. to 5:00 p.m.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notificationof such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 31 October 2022.

W. STEPHEN MULDROW UNITED STATES ATTORNEY

s/Joseph Russell
Joseph Russell
Assistant United States Attorney
Gang Section
Government Attorney # G03413
350 Chardon Avenue
Suite 1201
Hato Rey, Puerto Rico, 00918
Tel: 787-766-5656
Fax: 787-771-4050
Email: joseph.russell2@usdoj.gov